# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETH E. DOYLE, individually and as executrix of the estate of Elaine Brown, deceased,**<br>    Plaintiff,<br><br>        v.<br><br>**NESHAMINY MANOR, INC.**<br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 2:18-cv-00098-MMB** |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 25th day of April, 2018, for the reasons stated in the foregoing Memorandum, the Court hereby orders that Defendant Neshaminy Manor, Inc.'s Motion to Dismiss (ECF 7) is **DENIED**. Plaintiff Beth Doyle's professional liability claim has been **WITHDRAWN**. The Court **DENIES** Defendant's Motion to Dismiss as to Counts I and II of the Complaint.

Plaintiff's request to add Bucks County as a defendant will be **GRANTED**. An Amended Complaint shall be filed within fourteen (14) days.

                                BY THE COURT:

                                /s/ Michael M. Baylson
                                _____
                                **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-98 Doyle v. Neshaminy Manor\18cv98 Order Denying MTD.docx