# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETH E. DOYLE, individually and as executrix of the estate of Elaine Brown, deceased,**<br><br>　　　　　　v.<br><br>**NESHAMINY MANOR, INC.** | **CIVIL ACTION**<br><br>**NO. 18-98** |

## ORDER

**AND NOW, TO WIT:** This 2nd day of May, 2019, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

　　　　　　　　　　　　　　　**KATE BARKMAN**, Clerk of Court

**BY:** 　/s/ Lori K. DiSanti
　　　　　Lori K. DiSanti
　　　　　Deputy Clerk

O:\CIVIL 18\18-98 DOYLE V. NESHAMINY MANOR\18CV98 41B ORDER 05022019.DOCX